**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Kelsey Ann Kruse, individually and on behalf of N.J.H., A.L.H., and as Trustee for the Next of Kin of A.L.H., | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| The City of Elk River; et al., | |
| Defendants. | |

---

TO:   Plaintiff above-named and her counsel of record, Richard W. Hechter, Richard L. Morris, Samantha K. Ivey, and Patrick Kennedy, Morris Law Group, P.A., 7380 France Avenue South, Suite 250, Edina, MN 55435.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441(a) and (c), and § 1446(a), Defendants The County of Sherburne, Sherburne County Health and Human Services, Sherburne County, Minnesota Child Protection Services, Derek Barett, Sarah Boonstra, Ashton Minke, Julie Ann Mlsna, and Danette Bird ("County Defendants") hereby demand removal of the case entitled *Kelsey Ann Kruse, individually and on behalf of N.J.H., A.L.H., and as Trustee for the Next of Kin of A.L.H. vs. The City of Elk River; et al.,* from State of Minnesota District Court in Sherburne County to the United States District Court, District of Minnesota, based upon 28 U.S.C. § 1331.  County Defendants assert as follows:

1.      That attached hereto and marked as Exhibit A is a true and correct copy of the Summons and Complaint in the Sherburne County action.

2.      That, to the best of the undersigned's knowledge, the Summons and Complaint was first provided to County Defendants on or about July 10, 2023.

3.      That Plaintiff has pleaded nearly identical claims in Federal Court file 21-CV-01262 (JRT/TNL), *Kruse v. The City of Elk River, et al.*, that the claims in both matters come from the same set of facts, and that for judicial economy and efficiency the matters should be combined.

4.      That attached hereto and marked as Exhibit B is a true and correct copy of the Notice of Motion and Motion for Stay Pending Resolution of Related Federal Action.

5.      That attached hereto and marked as Exhibit C is a true and correct copy of the Consent to Removal of Defendants The City Of Elk River, Elk River Police Department, David Williams, Eric Balabon, Joe Gacke, Brandon Martin, Clayton Aswegan, Kevin Heldt, Jon Christie, Brian Boos, Evan Patullo, Tyler Corrier, Adam Bebeau, Chris Morgan, Joe Firkus, Reid Ellanson, Jeanette Nelson, Todd Erickson, Wyatt Studniski, Nic Albert, Thomas Chaffin, Dave Windels, Dale Olmscheid, and Jeff Garcia ("City And Police Defendants").

6.      That the above documents constitute all process and pleadings to date.

7.      That Plaintiff's Complaint alleges a claim under 42 U.S.C. §1983.  Thus, Plaintiff has pleaded a federal claim making this case removable under 28 U.S.C. § 1331.

8.      That contemporaneous with the filing of this Notice, this Notice is being provided to all counsel of record and to the District Court Administrator, County of Sherburne, State of Minnesota, pursuant to 28 U.S.C. § 1446(d).

9.      It is respectfully submitted that removal of this action is proper and that this Court has jurisdiction to adjudicate the dispute between the parties.

WHEREFORE, County Defendants respectfully request that this case proceed in the United States District Court, District of Minnesota, as an action properly removed.

**ERSTAD & RIEMER, P.A.**

Dated: 7/25/2023

By: /s/ James R. Andreen
James R. Andreen, #174373
Samantha R. Alsadi, #0399482
7301 Ohms Lane, Suite 400
Minneapolis, MN 55439
Direct Phone/Facsimile: 952-837-3249
Direct Phone/Facsimile: 952-837-3258
E-Mail: jandreen@erstad.com
E-Mail: salsadi@erstad.com

*Attorneys for County Defendants*

3

RE:    Kelsey Ann Kruse, individually and on behalf of N.J.H., A.L.H., and as Trustee for the
       Next of Kin of A.L.H. vs. The City of Elk River; et al.

STATE OF MINNESOTA )
                   )SS.                                  **AFFIDAVIT OF SERVICE**
COUNTY OF HENNEPIN)                                 **VIA E-MAIL AND U.S. MAIL**

Shawnette Morrison, an employee of Erstad & Riemer, P.A., being duly sworn, says that

on the 25th day of July, 2023, she served the annexed **Notice of Removal** on the below-listed

parties by e-mailing copies thereof directed to them, and by mailing copies thereof directed to

them, enclosed in envelopes, postage prepaid, and by depositing same in the post office at Edina,

Minnesota, directed to:

E-Mail: rhechter@morrislawmn.com
E-Mail: rlm@morrislawmn.com
E-Mail: sivey@morrislawmn.com
E-Mail: patrick@morrislawmn.com
Richard W. Hechter
Richard L. Morris
Samantha K. Ivey
Patrick Kennedy
Morris Law Group, P.A.
7380 France Avenue South, Suite 250
Edina, MN 55435

E-Mail: jflynn@jlolaw.com
E-Mail: jpeden@jlolaw.com
Joseph E. Flynn
Jake W. Peden
Jardine, Logan & O'Brien, P.L.L.P.
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042

I declare under penalty of perjury that everything I have stated in this document is true

and correct.

/s/ Shawnette Morrison
Shawnette Morrison